IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONNIE NIXON, JR**                                                                                      **PLAINTIFF**

v.                                       Case No. 4:21-cv-00752 JM

**DIRECT EXPRESS**                                                                                      **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE